# Court of Appeals
# of the State of Georgia

ATLANTA,  January 31, 2018

*The Court of Appeals hereby passes the following order:*

## A18A0546. WILSON v. GUERRERO.

On June 29, 2017, this Court granted Appellant's Application for Discretionary Appeal based upon the limited record before us. After reviewing the complete record, we have determined that the trial court has not yet ruled upon Appellant's Motion for New Trial. A judgment is not final while a timely motion for new trial is pending. See *Chadwick v. Miller*, 165 Ga. App. 20, 21 (299 SE2d 93) (1983). As the judgment appealed from was not final and interlocutory, Appellant was required to obtain a certificate of immediate review and comply with the interlocutory appeal procedure. See OCGA § 5-6-34 (b). "The discretionary appeal statute does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b)." *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996). Accordingly, we HEREBY DISMISS this discretionary appeal as improvidently granted.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/31/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*